IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

VICKY WOOTEN                                                                                          PLAINTIFF

VS.                                                                                          NO. 4:06cv112TSL-JCS

MARY J. COOPER                                                                                      DEFENDANT

## ORDER OF DISMISSAL

THIS DAY THIS CAUSE came before this court on the motion of the plaintiff, Vicky Wooten, seeking to dismiss the above and foregoing case with prejudice, each party bearing its own costs, pursuant to a settlement agreement reached between plaintiff and defendant prior to an Answer having been filed by the defendant in the foregoing matter. Having heard and considered same, this Court finds that the motion of plaintiff is well-taken and does hereby grant plaintiff's motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned suit be dismissed with prejudice, each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 20th day of November, 2006.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

READ AND APPROVED BY:

/s/ R. Kevin Hamilton
R. KEVIN HAMILTON, ESQ.,
ATTORNEY FOR PLAINTIFF, VICKY WOOTEN